**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| ANDREW GONZALEZ<br>*Plaintiff.*<br>v.<br><br>DIVERSIFIED<br>CONSULTANTS, INC.<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br><br>4-14CV-332-O<br><br>TRIAL BY JURY DEMANDED |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Andrew Gonzalez, complains of Diversified Consultants, Inc. Defendant, and for cause of action would respectfully show as follows:

## NATURE OF ACTION

1. This is an action for damages brought by individual, Plaintiff Andrew Gonzalez against Defendant Diversified Consultants Incorporated, for violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A), 47 U.S.C. § 227(b)(1)(A)(iii).

2. Plaintiff contends that the Defendant has violated such laws by calling Plaintiffs cellular telephone with an automatic telephone dialing system without express written consent.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under 47 U.S.C. §227(f)(2).

4. This Court has jurisdiction over Defendant pursuant to 28 U.S.C. §1391b because Defendant engages in business within this state, to wit debt collection.

5. Venue is proper pursuant to 28 U.S.C. §1391b and 47 U.S.C. §227(f)(4).

6. Venue in the Northern District of Texas, Fort Worth Division is proper in that the Plaintiff resides in State of Texas, Tarrant County, City of Fort Worth, the Defendant transacts business here, and the conduct complained of occurred here.

7. All conditions precedent to the bringing of this action, have been performed.

## PARTIES

8. The Plaintiff in this lawsuit is Andrew Gonzalez, a natural person and a citizen of Tarrant County, Texas.

9. Defendant in this lawsuit is Diversified Consultants, Inc. (herein after "DIVERSIFIED") a debt collection company with principal office at 10550 Deerwood Park Blvd, Building #309, Jacksonville, FL 32256.

10. DIVERSIFIED is registered with the Texas Secretary of State pursuant to Tex. Fin. Code § 392.101 to engage in debt collection activities in Texas.

11. DIVERSIFIED may be served with process by serving its registered agent for service of process: John Crawford, 1200 Riverplace Boulevard, Suite 800, Jacksonville, FL 32207.

12. DIVERSIFIED is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

13. DIVERSIFIED is in the business of collecting consumer debts using the mails and telephone and regularly collects, or attempts to collect, consumer debts owed, or alleged to be owed, to another person.

## FACTUAL ALLEGATIONS

14. On **April 11, 2014 at 03:55 p.m.**, Defendant DIVERSIFIED called the Plaintiff's wireless cell phone from telephone number (682) 888-0444. **(Exhibit A)**

15. Refer to ¶14; Plaintiff answered the telephone call, the representative for Defendant DIVERSIFIED asked to speak to someone other than Plaintiff.

16. On **April 12, 2014 at 08:29 a.m.**, Defendant DIVERSIFIED called the Plaintiff's wireless cell phone from telephone number (682) 888-0477. **(Exhibit B)**

17. On **April 12, 2014 at 02:40 p.m.**, Defendant DIVERSIFIED called the Plaintiff's wireless cell phone from telephone number (682) 888-0477. **(Exhibit C)**

18. On **April 14, 2014 at 03:05 p.m.**, Defendant DIVERSIFIED called the Plaintiff's wireless cell phone from telephone number (682) 888-0444. **(Exhibit D)**

19. On **April 15, 2014 at 05:13 p.m.**, Defendant DIVERSIFIED called the Plaintiff's wireless cell phone from telephone number (682) 888-0477. **(Exhibit E)**

20. On **April 15, 2014 at 07:38 p.m.**, Defendant DIVERSIFIED called the Plaintiff's wireless cell phone from telephone number (682) 888-0477. **(Exhibit F)**

21. On **April 16, 2014 at 12:37 p.m.**, Defendant DIVERSIFIED called the Plaintiff's wireless cell phone from telephone number (682) 888-0408. **(Exhibit G)**

22. In each telephone communication in question here, Defendant DIVERSIFIED used equipment with automatic telephone dialing system to dial Plaintiff's wireless cellular phone in an attempt to collect on a consumer debt for someone other than Plaintiff.

23. In each telephone communication in question here, Defendant DIVERSIFIED used a telephone dialing system that has the **capacity** to automatically dial Plaintiff's wireless

cellular phone in an attempt to collect on a consumer debt for someone other than Plaintiff. **(Emphasis Added)**

24. Plaintiff visited Defendant DIVERSIFIED website; **www.dcicollect.com/dci-technology.html**, the website states that DCI uses **"LiveVox for its dialing needs. LiveVox is the leading provider of predictive dialing solutions to the collection industry." (Exhibit H)**

25. Plaintiff also visited the Public Utility Commission of Texas website; **http://www.puc.texas.gov/industry/communications/directories/adad/search_adad.aspx**; and discovered that Defendant Diversified has a permit to use an Automatic Dial Announcing Device (ADAD), which is a mechanism that sends recorded messages. **(Exhibit I)**

26. According to the Public Utility Commission of Texas website, **"Any…company wishing to make an unsolicited call via an ADAD machine or software, in which a recorded message is played, should file for an ADAD permit application…"**

27. At no time has the Plaintiff given his express consent, written or otherwise, to Defendant DIVERSIFIED to call his wireless cellular telephone.

28. Plaintiff has no prior or present established relationship with Defendant DIVERSIFIED.

29. Plaintiff has no contractual obligation to pay Defendant DIVERSIFIED any alleged consumer debt.

30. Refer to ¶14 and ¶16 through ¶21, the communications in question here are all related to Defendant DIVERSIFIED attempts to collect on a consumer debt for someone other than Plaintiff.

31. On April 17, 2014 Plaintiff sent a letter via United States Postal Service Certified Mail informing Defendant DIVERSIFIED said actions were a violation of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A) and 47 U.S.C. § 227(b)(1)(A)(iii). This was in an effort to amicably resolve the matter prior to litigation.

32. All violations complained of herein occurred within the statute of limitations of the applicable federal statutes.

<u>**COUNT I**</u>

**VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT
47 U.S.C. §227(b)(1)(A) BY DEFENDANT DIVERSIFIED CONSULTANTS, INC.**

33. Paragraphs 1 through 32 are re-alleged as though fully set forth herein.

34. Plaintiff and Defendant DIVERSIFIED do not have an established business relationship within the meaning of 47 U.S.C. §227(a)(2).

35. Defendant DIVERSIFIED called Plaintiff's cellular telephone using an "automatic telephone dialing system" within the meaning of 47 U.S.C. §227(a)(1).

36. In each telephone communication referenced in ¶14 and ¶16 through ¶18, Defendant DIVERSIFIED has demonstrated willful or knowing non-compliance with 47 U.S.C. § 227 (b)(1)(A) by using equipment with automatic telephone dialing system or used a telephone dialing system that has the **capacity** to automatically call the Plaintiff's cellular telephone number, which is assigned to a cellular telephone service **with no** prior express consent and for no emergency purpose.

37. 47 U.S.C. §227(b)(1)(A) which states in part;

   (b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.—

      (1) PROHIBITIONS.—It shall be **unlawful for any person** within the United States, or any person outside the United States if the recipient is within the United States—

> **(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—**

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the Telephone Consumer Protection Act and/or admission from the Defendant(s) that they violated the Telephone Consumer Protection Act;

b) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(B); which states in part: an action to recover for actual monetary loss form such a violation, or to receive $500 in damages for each such violation, whichever is greater.

c) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(C); which states in part: If the Court finds that the Defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the Court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 (three) times the amount available under subparagraph (B) of this paragraph.

d) Awarding such other and further relief as the Court may deem just and proper.

## COUNT II

## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C. §227(b)(1)(A)(iii) BY DEFENDANT DIVERSIFIED CONSULTANTS, INC.

38. Plaintiff alleges and incorporates the information in paragraphs 1 through 37.

39. In each telephone communication referenced in ¶14 and ¶16 through ¶18, Defendant DIVERSIFIED has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A)(iii) by using equipment with automatic telephone dialing system or used a telephone dialing system that has the **capacity** to automatically call the Plaintiff's number, which is **assigned to a cellular telephone service**.

40. In each telephone communication referenced in ¶14 and ¶16 through ¶18, Defendant DIVERSIFIED has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A)(iii) by using equipment with automatic telephone dialing system or used a telephone dialing system that has the **capacity** to automatically call the Plaintiff's number no less than seven (7) times, which the **Plaintiff was charged for the telephone calls**.

41. 47 U.S.C. §227(b)(1)(A)(iii) which states in part;

> (b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.—
>
> > (1) PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
> >
> > > (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—
> > >
> > > (iii) **to any telephone number assigned** to a paging service, **cellular telephone service**, specialized mobile radio service, or other radio common carrier service, **or any service for which the called party is charged for the call;**

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

e) Adjudging that Defendant violated the Telephone Consumer Protection Act and/or admission from the Defendant(s) that they violated the Telephone Consumer Protection Act;

f) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(B); which states in part: an action to recover for actual monetary loss form such a violation, or to receive $500 in damages for each such violation, whichever is greater.

g) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(C); which states in part: If the Court finds that the Defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the Court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 (three) times the amount available under subparagraph (B) of this paragraph.

h) Awarding such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff is entitled to and hereby demands trial by jury.

Dated: May 09, 2014

Respectfully Submitted,

_____
Andrew Gonzalez
416 Chatamridge Court
Fort Worth, TX 76052
(817) 975-5655
gonandrew@yahoo.com



EXHIBIT
A



EXHIBIT B





EXHIBIT C







EXHIBIT E



EXHIBIT F



EXHIBIT G



# Public Utility Commission of Texas

## ADAD Report

### DIVERSIFIED CONSULTANTS INC

**Permit No: 070122**
Type: ADAD
Permit Approved Date: 3/28/2007
Date Last Renewed: 3/28/2013

**DBA Names**

No DBA Records

**Contact Information**

*Company / Physical (Mailing Address)*
DIVERSIFIED CONSULTANTS INC
MAVIS PYE
COMPLIANCE MANAGER
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE, FL 32256
**Web:** www.dcicollect.com
**Email:** info@dcicollect.com
**Phone:** 904-247-5500
**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

*ADAD Physical Address*
DIVERSIFIED CONSULTANTS INC
MAVIS PYE
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE, FL 32256
**Email:** mavis@dcicollect.com
**Phone:** 904-694-3141
**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

*ADAD Physical Address*
DIVERSIFIED CONSULTANTS INC
MAVIS PYE
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE, FL 32256
**Email:** mavis@dcicollect.com
**Phone:** 904-694-3141
**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

*Mailing / PO Box*
DIVERSIFIED CONSULTANTS, INC
MAVIS PYE
COMPLIANCE MANAGER
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE, FL 32256
**Web:** www.dcicollect.com
**Email:** info@dcicollect.com
**Phone:** 904-247-5500
**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

**Reports**

2014
**ADAD Annual Report**
Submitted: 3/3/2014
Approved: 3/3/2014

2013
**ADAD Annual Report**
Submitted: 4/11/2013
Approved: 4/16/2013

2012
**ADAD Annual Report**
Submitted: 11/26/2012
Approved: 3/19/2013

2011
**ADAD Annual Report**
Submitted: 11/1/2011
Approved: 12/12/2011

2010
**ADAD Annual Report**
Submitted: 11/10/2010
Approved: 11/18/2010

2009
**ADAD Annual Report**
Submitted: 11/9/2009
Approved: 11/18/2009



EXHIBIT H

## State-of-the-art innovation

We utilize software provided by Latitude Software, Inc. called Latitude. Latitude keeps track of your company's entire work flow -- from downloading new accounts to printing checks for clients. Collection, administrative and management functions can be customized to enhance your office work flow.

In addition, Diversified Consultants, Inc. partners with LiveVox for its dialing needs. LiveVox is the leading provider of predictive dialing solutions to the collection industry. LiveVox offers integrated solutions with intelligent inbound skills based routing. The newly designed state-of-the-art user interface contains fully customizable detailed real-time status of agents, campaigns and phone lines into one view. Using this powerful administrative tool enhances the overall speed of expediting our core functions.

Home   Careers   Dispute Forms   Privacy Policy   Contact

© 2013 Diversified Consultants, Inc. All Rights Reserved.

**EXHIBIT I**

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Andrew Gonzalez

## DEFENDANTS
Diversified Consultants, Inc.

**(b)** County of Residence of First Listed Plaintiff: Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Duval
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED MAY 12 2014 12:16 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

4-14CV-332-O

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
1. 47 U.S.C. § 227(b)(1)(A) and 47 U.S.C. § 227(b)(1)(A)(iii).
Brief description of cause:
Violations of the Telephone Consumer Protection Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED: *(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 05/09/2014
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # FW021826  AMOUNT $400  APPLYING IFP  JUDGE  MAG. JUDGE